# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Jose Martin BURGOS-Rojas

I, Jimmy Moreno, declare and state as follows:

On or about September 25, 2018 the defendant Jose Martin BURGOS-Rojas was apprehended near Zapata, Texas. After a brief interview it was determined that, Jose Martin BURGOS-Rojas was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose Martin BURGOS-Rojas was previously REMOVED from the United States on 03/19/2013 at Atlanta, Ga. There is no record that Jose Martin BURGOS-Rojas has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 26th of September 2018 at Laredo, TX.

Jimmy Moreno
Border Patrol Agent
United States Border Patrol

    Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on _____ at _____ . 20 ___ .

Sam Sheldon
United States Magistrate Judge

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

September 26, 2018, 08:19 PM, at Laredo, Texas.

Sam S. Sheldon
United States Magistrate Judge